**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Andres CASTRO–ROCHA, aka Andres
Pocha Castro, Defendants–
Appellants.**

No. 08–50228.

United States Court of Appeals,
Ninth Circuit.

Submitted March 16, 2010.*

Filed March 29, 2010.

James M. Left, Esquire, Office of the District Counsel Department of Homeland Security, Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee.

See Fed. R.App. P. 34(a)(2).

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

Jonathan D. Libby, Esquire, Deputy Federal Public Defender, Federal Public Defender's Office, Los Angeles, CA, for Defendants-Appellants.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Andres Castro-Rocha appeals from his guilty-plea conviction and 30–month sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Castro-Rocha's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED,** but the case is **REMANDED** for the limited purpose of correcting the judgment to reflect only the special conditions of supervised release orally pronounced at sentencing.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).